## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Benedetto and Norma Salvucci, | ) | Chapter 7 |
| | ) | Case No. 05-21229-WCH |
| Debtors | ) | |

## <u>MOTION OF DEBTORS' COUNSEL TO WITHDRAW</u>

Now comes Attorney Terrence L. Parker, Esquire, Counsel to Benedetto and Norma Salvucci ("Debtors") Pursuant to Local Rule 2091-1 and does hereby request leave of the Court to withdraw.  As grounds therefore, Counsel suggests that assertions made in documents filed *pro se* with this Court may necessitate Counsel to place himself in a position adverse to the interest of the Debtors. Thus, counsel believes he is obligated to request leave to withdraw.

Counsel is not aware if debtors have obtained successor counsel. On information and belief, at present, there are no motions pending before the Court and no trial date has been set in the Chapter 7 case.

WHEREFORE, Counsel respectfully requests that he be granted leave to withdraw as attorney of record.

Dated: May 15, 2006                          /s/Terrence L. Parker
                                             _____
                                             Terrence L. Parker, Esq.
                                             PARKER LAW OFFICES
                                             185 Alewife Brook Parkway, Ste 404
                                             Cambridge, MA  02138
                                              (617)-491-2265
                                              (617)-491-7800
                                             B.B.O: 555277
                                             TParker612@aol.com

## <u>CERTIFICATE OF SERVICE</u>

**I, Terrence L. Parker, hereby certify that on this 15th day of May, 2006, true and correct copies of the Motion Of Debtor's Counsel to Withdraw was served upon the parties below by U. S. mail, postage prepaid and electronic notice:**

Gary L. Donahue
U.S. Department of Justice
Office of the U.S. Trustee
Thomas P. O'Neill, Jr. Fed. Building
10 Causeway Street, Room 1184
Boston, MA  02222

Stewart F. Grossman, Chapter 7 Trustee
Looney & Grossman
101 Arch Street
Boston, MA  02110

Norma & Ben Salvucci
32 Shepard Street
Brighton, MA 02135


<u>/s/ Terrence L. Parker, Esq.</u>