UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re )<br> )<br> )<br>BENEDETTO & NORMA MARIE )<br>SALVUCCI )<br> )<br> Debtors. )<br> ) | Chapter 7<br>Case No. 05-21229-WCH |

## APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION BY STEWART F. GROSSMAN, CHAPTER 7 TRUSTEE

Stewart F. Grossman, Chapter 7 Trustee (the "Trustee") of the within estate, hereby files his Application seeking final allowance of compensation for services rendered in the amount of $1,500. In support hereof, the Trustee states as follows:

1. On or about October 12, 2005, Benedetto & Norma Marie Salvucci the ("Debtors") filed a voluntary petition under Chapter 7 of the Bankruptcy Code and shortly thereafter the Trustee was appointed.

2. The Trustee supervised his counsel in recovering approximately $20,000 in cash from the Debtors. The Trustee also supervised his counsel in investigating the transactions of the Debtor, in dealing with creditors and reviewing claims.

3. A narrative description and daily ledger of services rendered by the Trustee and compiled from the Trustee's time records, including a summary of all time included in this Application, is attached hereto as Schedule A.

5. A biography of the Chapter 7 Trustee is attached as Schedule B.

-2-

6. As shown in Schedule B, the Trustee rendered services to the estate having a total value of $8,796.50 through February 11, 2010, calculated at the usual hourly rates of each person rendering services.

7. The Trustee has disbursed $70.93 to parties in interest other than the Debtor, and he is holding an additional $22,359.34 for disbursement. The maximum compensation payable to the Trustee, pursuant to § 326(a) of the Bankruptcy Code, is therefore $2,993.03. The Trustee has voluntarily agreed to reduce his commission request to $1,500.

8. No agreement or understanding exists between the Trustee and any other person for the sharing of compensation received or to be received for services rendered in connection with this case, other than the partnership of the law firm of Looney & Grossman LLP.

WHEREFORE, the Trustee respectfully requests that this Court enter an order:

1. Allowing him final compensation for services rendered as Trustee in the amount of $1,500; and

2. Granting such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

STEWART F. GROSSMAN,
CHAPTER 7 TRUSTEE,


 /s/ Stewart F. Grossman
Stewart F. Grossman, BBO 213280
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

Dated: February 19, 2010

L:\15281\000\Pld\14

## SCHEDULE A

The Trustee supervised his counsel in in recovering approximately $20,000 in cash from the Debtors. The Trustee also supervised his counsel in investigating the transactions of the Debtor, in dealing with creditors and reviewing claims.

In performing these services, the Trustee and his staff expended 30.00 hours through February 6, 2009 as follows:

| Trustee / Staff | Rate | Hours | Amount |
|---|---|---|---|
| Stewart F. Grossman (SFG) | $425.00 | 0.50 | $212.50 |
| Stewart F. Grossman (SFG) | $460.00 | 4.90 | $2,254.00 |
| Stewart F. Grossman (SFG) | $475.00 | 5.70 | $2,707.50 |
| Stewart F. Grossman (SFG)* | $485.00 | 0.60 | $291.00 |
| Alan Smith (AS) | $175.00 | 5.20 | $910.00 |
| Alan Smith (AS)** | $185.00 | 12.70 | $2,349.50 |
| Judy Lockhart | $180.00 | 0.40 | $72.00 |
| Total | | 30.00 | $8,796.50 |
| | | | |
| | | | |

*Mr. Grossman's hourly rate increased from $425 to $460 effective 1/1/2006; from $460 to $475 on 1/1/2007; from $475 to $485 on 1/1/2010.
**Mr. Smith's hourly rate increased from $175 to $185 effective 1/1/2007.

In addition, the Trustee will expend further time seeking approval of this final report.

L:\15281\000\Pld\14

-3-

```
Client 15281.900A  SALVUCCI/BENEDETTO & NORMA
CHAPTER 7 PANEL TRUSTEE - TRUSTEE

                      H B R                        Hours           Write-Up/
Date       Tmkr    P C C Tcode Ref #  Rate  to Bill   Amount  Down Amt  Description
------------------------------------------------------------------------------------
Fees
12/14/2005  2 SFG       1        5   425.00   0.50    212.50            STATUS AND STRATEGY MEETING WITH PARALEGAL ALAN SMITH
                                                                        REGARDING USED $100K OF CASH
01/11/2006  2 SFG       1        1   460.00   1.40    644.00            PREPARATION FOR AND CONDUCT CONTINUED 341
01/19/2006  2 SFG       1        3   460.00   0.40    184.00            PREPARATION FOR AND MEETING WITH COUNSEL AT MONTHLY
                                                                        MEETING AND DISCUSSED TORT ACTION AGAINST WATERTOWN
01/19/2006  2 SFG       1        4   460.00   0.50    230.00            PREPARATION FOR AND MEETING WITH COUNSEL AT MONTHLY
                                                                        MEETING AND DISCUSSED CASH PROCEEDS FROM SALE OF
                                                                        HOUSE AND EXEMPTION ISSUES
02/10/2006  2 SFG       1        2   460.00   0.20     92.00            REVIEW MONTHLY BANK STATEMENTS AND FINANCIALS
03/09/2006  2 SFG       1        6   460.00   0.20     92.00            MONTHLY REVIEW OF BANK ACCOUNTS, FINANCES AND FINANCIAL
                                                                        ISSUES
03/23/2006  2 SFG       1        7   460.00   0.40    184.00            PREPARATION FOR AND MONTHLY MEETING WITH COUNSEL,
                                                                        MELVIN HOFFMAN, ADAM RUTTENBERG, PAM HARBESON AND
                                                                        DISCUSSED CASE IN GENERAL AND COURT ORDERED RETURN OF
                                                                        FUNDS TO TRUSTEE AND WITHDRAWAL OF CHAPTER 11
                                                                        CONVERSION
04/18/2006  2 SFG       1        8   460.00   0.30    138.00            MONTHLY REVIEW OF BANK STATEMENTS AND DEBTOR'S
                                                                        FINANCIALS AND CONFERENCE WITH PARALEGAL ALAN SMITH
04/26/2006  2 SFG       1        9   460.00   0.40    184.00            LETTER FORM DEBTOR WITH INSTALLMENT CHECK; MEETING WITH
                                                                        MEL HOFFMAN REGARDING HEARING
05/24/2006  2 SFG       1       10   460.00   0.30    138.00            REVIEW U. S. TRUSTEE PLEADINGS REGARDING MOTION TO
                                                                        RECONSIDER DENIAL OF DISCHARGE
```

```
Client 15281.900A  SALVUCCI/BENEDETTO & NORMA  (Continu                                              Page 2

                 H B R                                    Write-Up/
Date      Tmkr   P C C  Tcode Ref #   Rate   Hours to Bill   Amount   Down Amt Description
------------------------------------------------------------------------------------------------------------
06/06/2006  2 SFG    1       11   460.00    0.20    92.00            MONTHLY MEETING WITH COUNSEL, MEL HOFFMAN, PAM
                                                                     HARBESON, ADAM RUTTENBERG, CHAD KINDREGAN, AND ANDY
                                                                     HENDERSON, AND PARALEGAL ALAN SMITH TO DISCUSS STATUS
                                                                     OF CASE INCLUDING JUDGE'S DECISION
06/13/2006  2 SFG    1       12   460.00    0.20    92.00            MONTHLY REVIEW OF DEBTOR'S BANK STATEMENTS AND
                                                                     FINANCIAL ISSUES
09/15/2006  2 SFG    1       13   460.00    0.20    92.00            MONTHLY REVIEW OF DEBTOR'S FINANCIALS AND BANK
                                                                     STATEMENTS AND CONFERENCE WITH ALAN SMITH
10/17/2006  2 SFG    1       14   460.00    0.20    92.00            MONTHLY REVIEW OF DEBTOR'S BANK STATEMENTS AND
                                                                     FINANCIAL STATEMENTS
01/12/2007  2 SFG    1       15   475.00    0.20    95.00            MONTHLY REVIEW OF BANK STATEMENTS AND FINANCIALS
02/21/2007  2 SFG    1       16   475.00    0.20    95.00            MONTHLY REVIEW OF FINANCIALS AND BANK STATEMENTS
03/13/2007  2 SFG    1       17   475.00    0.20    95.00            MONTHLY REVIEW OF BANK STATEMENTS AND FINANCIAL
                                                                     SITUATION AND CONFERENCE WITH ALAN SMITH, PARALEGAL
04/09/2007  2 SFG    1       18   475.00    0.20    95.00            MONTHLY REVIEW OF DEBTOR'S BANK STATEMENTS AND
                                                                     FINANCES
05/11/2007  2 SFG    1       19   475.00    0.30   142.50            MONTHLY REVIEW OF DEBTOR'S FINANCES INCLUDING REVIEW OF
                                                                     BANK STATEMENTS AND MEETING WITH PARALEGAL ALAN SMITH
06/12/2007  2 SFG    1       20   475.00    0.20    95.00            MONTHLY FINANCIAL REVIEW OF DEBTOR'S BANK STATEMENTS
                                                                     AND AFFAIRS
07/12/2007  2 SFG    1       21   475.00    0.20    95.00            MONTHLY REIVEW OF DEBTOR'S BANK STATEMENTS AND
                                                                     FINANCIALS
12/17/2007  2 SFG    1       22   475.00    0.30   142.50            MONTHLY REVIEW OF DEBTORS BANK STATEMENTS AND
                                                                     FINANCIAL ISSUES
01/22/2008  2 SFG    1       23   475.00    0.30   142.50            MONTHLY REVIEW OF DEBTOR'S BANK STATEMENTS AND
                                                                     FINANCIAL ISSUES
02/21/2008  2 SFG    1       24   475.00    0.30   142.50            MONTHLY REVIEW OF DEBTOR'S BANK STATEMENTS AND
                                                                     FINANCIAL ISSUES
04/15/2008  2 SFG    1       26   475.00    0.30   142.50            MONTHLY REVIEW OF BANK STATEMENTS AND DEBTOR'S
                                                                     FINANCES
06/17/2008  2 SFG    1       29   475.00    0.30   142.50            MONTHLY REVIEW OF DEBTOR'S BANK STATEMENTS AND
```

Page 3

Client 15281.900A   SALVUCCI/BENEDETTO & NORMA  (Continu

| Date | Tmkr | H B R P C C | Tcode | Ref # | Rate | Hours to Bill | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|
| 07/17/2008 | 2 SFG | | 1 | 32 | 475.00 | 0.30 | 142.50 | | FINANCIAL ISSUES MONTHLY REVIEW OF DEBTOR'S BANK STATEMENTS AND OF DEBTOR'S FINANCIAL ISSUES WITH ALAN SMITH |
| 07/28/2008 | 2 SFG | | 1 | 33 | 475.00 | 0.10 | 47.50 | | MONTHLY MEETING WITH ALL COUNSEL AND PARALEGAL REGARDING CURRENT MATTERS INCLUDING DISCUSSED PAYMENT TERMS |
| 08/13/2008 | 2 SFG | | 1 | 34 | 475.00 | 0.20 | 95.00 | | MONTHLY REVIEW OF BANK STATEMENTS AND MEETING WITH ALAN SMITH |
| 09/12/2008 | 2 SFG | | 1 | 36 | 475.00 | 0.30 | 142.50 | | MONTHLY REVIEW OF FINANCIALS AND BANK STATEMENTS; MEETING WITH PARALEGAL ALAN SMITH |
| 10/14/2008 | 2 SFG | | 1 | 37 | 475.00 | 0.30 | 142.50 | | MONTHLY REVIEW OF BANK STATEMENTS AND DEBTOR'S FINANCES; CONFERENCE WITH ALAN SMITH |
| 12/15/2008 | 2 SFG | | 1 | 42 | 475.00 | 0.40 | 190.00 | | MONTHLY REVIEW OF FINANCIALS AND BANK STATEMENTS, CONFERNCE WITH ALAN SMITH, PARALEGAL |
| 01/14/2009 | 2 SFG | | 1 | 44 | 475.00 | 0.30 | 142.50 | | MONTHLY REVIEW OF BANK STATEMENTS AND DEBTOR'S FINANCIALS |
| 04/10/2009 | 2 SFG | | 1 | 48 | 475.00 | 0.20 | 95.00 | | MONTHLY REVIEW OF BANK STATEMENTS AND FINANCIALS |
| 06/10/2009 | 2 SFG | | 1 | 52 | 475.00 | 0.30 | 142.50 | | MONTHLY REVIEW OF BANK STATEMENT AND MEETING WITH ALAN SMITH, PARALEGAL |
| 09/10/2009 | 2 SFG | | 1 | 55 | 475.00 | 0.10 | 47.50 | | MONTHLY MEETING WITH COUNSEL AND PARALEGAL REGARDING STATUS OF CASE |
| 10/23/2009 | 2 SFG | | 1 | 57 | 475.00 | 0.20 | 95.00 | | MONTHLY REVIEW OF FINANCIALS, BANK STATEMENTS, CONFERENCE WITH ALAN SMITH, PARALEGAL |
| 01/25/2010 | 2 SFG | | 1 | 64 | 485.00 | 0.10 | 48.50 | | MONTHLY REVIEW OF BANK STATEMENTS AND FINANCES OF DEBTOR |
| 01/26/2010 | 2 SFG | | 1 | 65 | 485.00 | 0.50 | 242.50 | | MONTHLY MEETING WITH COUNSEL, PARALEGAL AND LAW CLERKS AND DISCUSSED WORKING ON GETTING LAST TWO FINAL PAYMENTS |

Billable Total:   2 SFG                           11.70   5465.00

| 02/03/2006 | 10 AS | | 1 | 66 | 175.00 | 0.30 | 52.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |

Client 15281.900A    SALVUCCI/BENEDETTO & NORMA    (Continu

| Date | Tmkr | H P | B C | R C | Tcode | Ref # | Rate | Hours to Bill | Amount | Write-Up/ Down Amt | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/06/2006 | 10 | AS | | | | 67 | 175.00 | 0.30 | 52.50 | | SET UP BANKING FILES. |
| 03/09/2006 | 10 | AS | | | 1 | 68 | 175.00 | 0.30 | 52.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 03/23/2006 | 10 | AS | | | 1 | 69 | 175.00 | 0.20 | 35.00 | | DEPOSIT FUNDS FROM DEBTOR INTO BMS ACCOUNT. |
| 04/24/2006 | 10 | AS | | | 1 | 70 | 175.00 | 0.30 | 52.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 04/28/2006 | 10 | AS | | | 1 | 71 | 175.00 | 0.20 | 35.00 | | DEPOSIT CHECKS INTO BMS. |
| 05/15/2006 | 10 | AS | | | 1 | 72 | 175.00 | 0.30 | 52.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 05/30/2006 | 10 | AS | | | 1 | 73 | 175.00 | 0.20 | 35.00 | | DEPOSIT CHECK INTO BMS SYSTEM |
| 06/07/2006 | 10 | AS | | | 1 | 74 | 175.00 | 0.30 | 52.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 06/28/2006 | 10 | AS | | | 1 | 75 | 175.00 | 0.20 | 35.00 | | DEPOSIT FUNDS INTO BMS ACCOUNT. |
| 07/13/2006 | 10 | AS | | | 1 | 76 | 175.00 | 0.30 | 52.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 07/28/2006 | 10 | AS | | | 1 | 77 | 175.00 | 0.20 | 35.00 | | DEPOSIT CHECKS INTO BMS SYSTEM. |
| 08/22/2006 | 10 | AS | | | 1 | 78 | 175.00 | 0.30 | 52.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 09/06/2006 | 10 | AS | | | 1 | 79 | 175.00 | 0.20 | 35.00 | | DEPOSIT CHECK. |
| 09/11/2006 | 10 | AS | | | 1 | 80 | 175.00 | 0.30 | 52.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 09/26/2006 | 10 | AS | | | 1 | 81 | 175.00 | 0.20 | 35.00 | | DEPOSIT FUNDS INTO BMS ACCOUNT. |
| 10/18/2006 | 10 | AS | | | 1 | 82 | 175.00 | 0.30 | 52.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 11/10/2006 | 10 | AS | | | 1 | 83 | 175.00 | 0.30 | 52.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 12/01/2006 | 10 | AS | | | 1 | 84 | 175.00 | 0.20 | 35.00 | | DEPOSIT FUNDS INTO BMS ACCOUNT. |
| 12/08/2006 | 10 | AS | | | 1 | 85 | 175.00 | 0.30 | 52.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 01/04/2007 | 10 | AS | | | 1 | 86 | 175.00 | 0.20 | 37.00 | | DEPOSIT CHECKS. |
| 01/10/2007 | 10 | AS | | | 1 | 87 | 185.00 | 0.30 | 55.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 02/05/2007 | 10 | AS | | | 1 | 88 | 185.00 | 0.20 | 37.00 | | DEPOSIT FUNDS INTO BMS ACCOUNT. |
| 02/09/2007 | 10 | AS | | | 1 | 89 | 185.00 | 0.30 | 55.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 03/05/2007 | 10 | AS | | | 1 | 90 | 185.00 | 0.30 | 55.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 03/16/2007 | 10 | AS | | | 1 | 91 | 185.00 | 0.20 | 37.00 | | TELEPHONE CALL REGARDING MISSING CHECK. |
| 03/28/2007 | 10 | AS | | | 1 | 92 | 185.00 | 0.20 | 37.00 | | DEPOSIT FUNDS INTO BMS ACCOUNT. |
| 04/04/2007 | 10 | AS | | | 1 | 93 | 185.00 | 0.30 | 55.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 04/12/2007 | 10 | AS | | | 1 | 94 | 185.00 | 0.20 | 37.00 | | DEPOSIT FUNDS INTO BMS ACCOUNT. |
| 05/07/2007 | 10 | AS | | | 1 | 95 | 185.00 | 0.30 | 55.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 06/12/2007 | 10 | AS | | | 1 | 96 | 185.00 | 0.30 | 55.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |
| 07/03/2007 | 10 | AS | | | 1 | 97 | 185.00 | 0.30 | 55.50 | | BANK ACCOUNT/CHECK RECONCILLIATION. |

```
Client 15281.900A    SALVUCCI/BENEDETTO & NORMA    (Continu                                                Page 5

                  H B R                                Hours              Write-Up/
Date       Tmkr   P C C Tcode Ref #   Rate to Bill    Amount    Down Amt  Description
-------------------------------------------------------------------------------------
09/11/2007  10 AS    1          98    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
10/05/2007  10 AS    1          99    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
11/07/2007  10 AS    1         100    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
12/12/2007  10 AS    1         101    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
01/17/2008  10 AS    1         102    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
02/07/2008  10 AS    1         103    185.00   0.30    55.50              BANK ACCOUNT/ CHECK RECONCILLIATION.
03/19/2008  10 AS    1         104    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILIATION;
04/01/2008  10 AS    1         105    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILIATION
04/08/2008  10 AS    1          25    185.00   0.20    37.00              DEPOSIT CHECK.
05/09/2008  10 AS    1          27    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
05/28/2008  10 AS    1          28    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
06/23/2008  10 AS    1          30    185.00   0.20    37.00              DEPOSIT CHECK IN EPIQ SYSTEM.
07/14/2008  10 AS    1          31    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
08/12/2008  10 AS    1          35    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
10/17/2008  10 AS    1          38    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
11/06/2008  10 AS    1          39    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
11/11/2008  10 AS    1          40    185.00   0.20    37.00              DEPOSIT CHECKS.
12/08/2008  10 AS    1          41    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
01/09/2009  10 AS    1          43    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
02/13/2009  10 AS    1          45    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
03/12/2009  10 AS    1          46    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
04/13/2009  10 AS    1          47    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
04/28/2009  10 AS    1          49    185.00   0.20    37.00              DEPOSIT CHECK.
05/14/2009  10 AS    1          50    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
06/04/2009  10 AS    1          51    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILLIATION.
07/16/2009  10 AS    1          53    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILIATION
08/03/2009  10 AS    1          54    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILIATION
09/03/2009  10 AS    1          56    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILIATION
10/01/2009  10 AS    1          58    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILIATION
11/10/2009  10 AS    1          60    185.00   0.30    55.50              BANK ACCOUNT/CHECK RECONCILIATION
11/20/2009  10 AS    1          59    185.00   0.20    37.00              CALL DEBTOR REGARDING PAYMENT.
```

```
Client 15281.900A  SALVUCCI/BENEDETTO & NORMA   (Continu                                          Page 6

                    H B R                                      Write-Up/
Date       Tmkr    P C C  Tcode Ref #  Rate       Hours   Amount   Down Amt  Description
                                               to Bill
-------------------------------------------------------------------------------------------------------
12/03/2009  10 AS    1       61   185.00   0.30    55.50                      BANK ACCOUNT/CHECK RECONCILIATION
12/21/2009  10 AS    1       62   185.00   0.20    37.00                      DEPOSIT CHECK.
01/12/2010  10 AS    1       63   185.00   0.30    55.50                      BANK ACCOUNT/CHECK RECONCILIATION
                                                  -----   -------
Billable Total:   10 AS                           17.90   3259.50

01/12/2006  27 JL    1      106   180.00   0.40    72.00                      OPEN AS ASSET CASE, UPDATE SYSTEM
                                                  -----   -------
Billable Total:   27 JL                            0.40     72.00

                                                  ======  ========
Total Billable Fees                                30.00   8796.50
```

## SCHEDULE B

**STEWART F. GROSSMAN, P.C.,** born New York, New York, June 5, 1947, admitted to bar, 1973, Massachusetts; 1992, U. S. Supreme Court. **Education:** American University (B.S., 1969); Boston College (J.D., cum laude, 1973). Trustee, 1991-, Red Auerbach Youth Foundation. Law Day Co-Chairman, Boston College Law School Alumni Association, 1991-, Member, Executive Committee, Boston College Law School Alumni Association, 1991-. **Member:** Boston (Chairman, Boston Bar Association Membership Committee, 1984-1985; Business Reorganization and Commercial Law Committee, 1978-; Finance Committee, 1982-1985) and Massachusetts (Business Law Council, 1986-1989), and Federal Bar Associations. **Concentration:** Business and Bankruptcy Reorganization.

L:\15281\000\Pld\14