# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                  §
                                        §
BENEDETTO SALVUCCI                      §       Case No. 05-21229
NORMA MARIE SALVUCCI                    §
                                        §
                                        §
            Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEWART F. GROSSMAN - MA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/STEWART F. GROSSMAN - MA _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEWART F. GROSSMAN - MA | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES , LTD | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| LOONEY & GROSSMAN LLP | | | | | |
| LOONEY & GROSSMAN LLP | | | | | |
| STEVEN A. GABOVITCH, C.P.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| B-LINE, LLC / TARGET NATIONAL BANK | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| Citibank ( USA ) N.A. | | | | | |
| CITIBANK/ CHOICE | | | | | |
| CITIBANK/ CHOICE | | | | | |
| Discover Bank | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SOUTHEASTERN ASSET RECOVERY SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 05-21229 | WCH | Judge: | William C. Hillman | | Trustee Name: | STEWART F. GROSSMAN - MA |
|---|---|---|---|---|---|---|---|
| Case Name: | BENEDETTO SALVUCCI | | | | | Date Filed (f) or Converted (c): | 10/12/05 (f) |
| | NORMA MARIE SALVUCCI | | | | | 341(a) Meeting Date: | 11/18/05 |
| For Period Ending: 09/15/10 | | | | | | Claims Bar Date: | 09/05/06 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH(FROM SALE OF HOME) | 8,000.00 | 22,000.00 | | 22,000.00 | FA |
| 2 | CITIZENS BANK ACCOUNT | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | WATERTOWN SAVINGS BANK ACCOUNT | 250.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | JEWELRY | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | JEWELRY | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 7 | CITY OF BOSTON PENSION | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | ST ELIZABETHS HOSPITAL PENSION | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | STATE CONTRIBUTRIORY PENSION | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1998 NISSAN ALTIMA | 1,600.00 | 0.00 | DA | 0.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 430.27 | Unknown |
| | TOTALS (Excluding Unknown Values) | $14,250.00 | $22,000.00 | | $22,430.27 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

02/03/10 - Final 2 payments made
12/21/09 - Scheduling continued 341 meeting Jan. 21st.
09/10/09 - No payment made. Alan calling.
07/30/09 - Promised payment today.
07/30/09 3 payments left. Spoke to Debtors to send in next payment soon.
04/15/09 Wrote to debtors who called back. Telephone had message that was disconnected(617-787-1708). To send payment at end of month.
09/18/08 Check coming in October. Called(617-787-1708) will pay at the end of October.
07/09/08 Paid installment
Called 5/21/08 617-787-1708 waiting for their initiative check to make next payment. Both are retired.
617-782-0007 home number?
617-787-1708 called on 8/9/2007 this is number now.
Mailed another check today(8/9/07)

**FORM 2**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 05-21229    WCH | Judge: | William C. Hillman | Trustee Name: | STEWART F. GROSSMAN - MA |
| Case Name: | BENEDETTO SALVUCCI | | | Date Filed (f) or Converted (c): | 10/12/05 (f) |
| | NORMA MARIE SALVUCCI | | | 341(a) Meeting Date: | 11/18/05 |
| For Period Ending: | 09/15/10 | | | Claims Bar Date: | 09/05/06 |

04/09/08 - 1 check received.
03/05/08 - Motion to Compel.
01/31/08 - 3 more checks due.
12/13/07 - No Change.
02/08/07 - Hire accountant.
06/06/06 - Payment plan.
05/02/06 - May 3 hearing.
03/23/06 - Objection allowed.
02/28/06 - Objections to exemption.
01/19/06 - Preference and exemption.

Initial Projected Date of Final Report (TFR):    03/30/07     Current Projected Date of Final Report (TFR):    02/26/10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 05-21229  
Case Name: BENEDETTO SALVUCCI  
NORMA MARIE SALVUCCI  
Taxpayer ID No: XX-XXX2438  
For Period Ending: 09/15/10  

Trustee Name: STEWART F. GROSSMAN - MA  
Bank Name: JP Morgan Chase, N.A.  
Account Number/CD#: XXXXXX7265 - Money Market Account  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/11/06 | 1 | NORMA SALVUCCI<br>32 SHEPHARD ST<br>BRIGHTON, MA 02135 | CHECK FOR NON EXEMPT CASH ON AMENDED PETITION<br>DEPOSIT CHECK #780351 | 1129-000 | 450.00 | | 450.00 |
| 01/11/06 | 1 | NORMA SALVUCCI<br>32 SHEPHARD ST.<br>BRIGHTON, MA 02135 | CHECK FOR NON EXEMPT CASH ON AMENDED PETITION<br>DEPOSIT CHECK #370196 | 1129-000 | 9,550.00 | | 10,000.00 |
| 01/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 2.78 | | 10,002.78 |
| 02/28/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.37 | | 10,008.15 |
| 03/23/06 | 1 | NORMA SALVUCCI | RETURN OF NON EXEMPT FUNDS AS PER ORDER ENTERED 3/14/06<br>DEPOSIT CHECK #375061 | 1129-000 | 6,000.00 | | 16,008.15 |
| 03/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 6.52 | | 16,014.67 |
| 04/26/06 | 1 | NORMA SALVUCCI | PAYMENTS (INSTALLMENTS OF NON EXEMPT FUNDS)<br>DEPOSIT CHECK #380005 | 1129-000 | 1,000.00 | | 17,014.67 |
| 04/28/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.20 | | 17,024.87 |
| 05/30/06 | 1 | NORMA AND BENEDETTTO SALVUCCI | CONTINUING PAYMENTS IN STTLEMENT RE- NON EXEMPT FUNDS<br>DEPOSIT CHECK #1227 | 1129-000 | 250.00 | | 17,274.87 |
| 05/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.57 | | 17,286.44 |
| 06/28/06 | 1 | NORMA & BENEDETTO SALVUCCI | CONTINUING PAYMENTS IN STTLEMENT RE- NON EXEMPT FUNDS<br>DEPOSIT CHECK #1237 | 1129-000 | 250.00 | | 17,536.44 |
| 06/30/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.36 | | 17,547.80 |
| 07/28/06 | 1 | Norma and Bennedetto Salvucci | Continuing payments of non exempt funds<br>DEPOSIT CHECK #1241 | 1129-000 | 250.00 | | 17,797.80 |
| 07/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.92 | | 17,809.72 |

Page Subtotals  17,809.72  0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 05-21229 | Trustee Name: | STEWART F. GROSSMAN - MA |
| Case Name: | BENEDETTO SALVUCCI | Bank Name: | JP Morgan Chase, N.A. |
|  | NORMA MARIE SALVUCCI | Account Number/CD#: | XXXXXX7265 - Money Market Account |
| Taxpayer ID No: | XX-XXX2438 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/15/10 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/06 | 001001 | INTERNATIONAL SURETIES, LTD. SUITE 500 203 CARONDELET ST. NEW ORLEANS, LA 70130 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/30/2006 FOR CASE #05-21229, BOND # 016027600 08/01/06-08/01/07 | 2300-000 |  | 13.53 | 17,796.19 |
| 08/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.10 |  | 17,808.29 |
| 09/06/06 | 1 | NORMA & BENEDETTO SALVUCCI | CONTINUING PAYMENT ON SETTLEMENT DEPOSIT CHECK #1249 | 1129-000 | 250.00 |  | 18,058.29 |
| 09/26/06 | 1 | ORMA AND BENEDETTO SALVUCCI 32 SHEPARD ST. BRIGHTON, MA 02135 | CONTINUING PAYMENTS ON SETTLEMENT DEPOSIT CHECK #1264 | 1129-000 | 250.00 |  | 18,308.29 |
| 09/29/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.44 |  | 18,319.73 |
| 10/31/06 | 1 | NORMA & BENEDETTO SALVUCCI | CONTINUING PAYMENT ON SETTLEMENT DEPOSIT CHECK #1267 | 1129-000 | 250.00 |  | 18,569.73 |
| 10/31/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.84 |  | 18,582.57 |
| 11/30/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.18 |  | 18,594.75 |
| 12/01/06 | 1 | Norma & Bennedetto Salvucci | Continuing payments in settlement DEPOSIT CHECK #1290 | 1129-000 | 250.00 |  | 18,844.75 |
| 12/29/06 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.95 |  | 18,856.70 |
| 01/10/07 | 1 | Norma and Benedetto Salvucci | Continuing payments in settlement (December 2006 check-late) DEPOSIT CHECK #1305 | 1129-000 | 250.00 |  | 19,106.70 |
| 01/31/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 12.67 |  | 19,119.37 |
| 02/05/07 | 1 | NORMA AND BENEDETTO SALVUCCI 32 SHEPHARD ST BRIGHTON, MA 02135 | Continuing payments in settlement (JANUARY 2007 check-late) CHECK IS FOR JANUARY (SEVERAL DAYS LATE) DEPOSIT CHECK #1311 | 1129-000 | 250.00 |  | 19,369.37 |

|  |  |  | Page Subtotals | | 1,573.18 | 13.53 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 05-21229
Case Name: BENEDETTO SALVUCCI
NORMA MARIE SALVUCCI
Taxpayer ID No: XX-XXX2438
For Period Ending: 09/15/10

Trustee Name: STEWART F. GROSSMAN - MA
Bank Name: JP Morgan Chase, N.A.
Account Number/CD#: XXXXXX7265 - Money Market Account
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 10.22 | | 19,379.59 |
| 03/28/07 | 1 | NORMA AND BENEDETTO SALVUCCI | Continuing payments in settlement (FEBRUARY check-late) this check returned on 4/12/07 DEPOSIT CHECK #1383 | 1129-000 | 250.00 | | 19,629.59 |
| 03/30/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.14 | | 19,640.73 |
| 04/12/07 | | NORMA SALVUCCI 32 SHEPHARD ST BRIGHTON, MA 02135 | PAYMENT ON NON EXEMPT FUNDS (REPLACEMENT FOR RETURNED CHECK) DEPOSIT CHECK #822477 | 1129-000 | 250.00 | | 19,890.73 |
| 04/13/07 | | Reverses Deposit # 100015 32 SHEPHARD ST BRIGHTON, MA 02135 | PAYMENT ON NON EXEMPT FUNDS (REPLAC | 1129-000 | -250.00 | | 19,640.73 |
| 04/30/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.62 | | 19,652.35 |
| 05/31/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 11.67 | | 19,664.02 |
| 06/29/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 10.93 | | 19,674.95 |
| 07/31/07 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 12.06 | | 19,687.01 |
| 08/15/07 | 1 | NORMA AND BENEDETTO SALVUCCI | CONTINUING PAYMENT ON SETTLEMENT DEPOSIT CHECK #830946 | 1129-000 | 250.00 | | 19,937.01 |
| 08/22/07 | 001002 | INTERNATIONAL SURETIES, LTD 203 CARONDELET ST. SUITE 500 NEW ORLEANS, LA 70130 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2007 FOR CASE #05-21229, BOND # 016027600 | 2300-000 | | 17.17 | 19,919.84 |
| 08/31/07 | INT | JP Morgan Chase, N.A. | Interest posting | 1270-000 | 11.75 | | 19,931.59 |
| 09/05/07 | INT | JP Morgan Chase, N.A. | Final Interest | 1270-000 | 1.52 | | 19,933.11 |
| 09/05/07 | | Transfer to Acct#XXXXXX6533 | Transfer of Funds | 9999-000 | | 19,933.11 | 0.00 |

Page Subtotals    580.91    19,950.28

UST Form 101-7-TDR (9/1/2009)  *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 05-21229
Case Name: BENEDETTO SALVUCCI
NORMA MARIE SALVUCCI
Taxpayer ID No: XX-XXX2438
For Period Ending: 09/15/10

Trustee Name: STEWART F. GROSSMAN - MA
Bank Name: JP Morgan Chase, N.A.
Account Number/CD#: XXXXXX7265 - Money Market Account
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | COLUMN TOTALS | | 19,963.81 | 19,963.81 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 19,933.11 | |
| | | | Subtotal | | 19,963.81 | 30.70 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 19,963.81 | 30.70 | |

Page Subtotals      0.00      0.00

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit 9

Case No: 05-21229
Case Name: BENEDETTO SALVUCCI
NORMA MARIE SALVUCCI
Taxpayer ID No: XX-XXX2438
For Period Ending: 09/15/10

Trustee Name: STEWART F. GROSSMAN - MA
Bank Name: Bank of America
Account Number/CD#: XXXXXX6533 - Money Market Account
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/05/07 | | Transfer from Acct#XXXXXXXX7265 | Transfer of Funds | 9999-000 | 19,933.11 | | 19,933.11 |
| 09/28/07 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 10.23 | | 19,943.34 |
| 10/31/07 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 12.71 | | 19,956.05 |
| 11/30/07 | INT | Bank of America | Interest Rate 0.650 | 1270-000 | 10.66 | | 19,966.71 |
| 12/31/07 | INT | Bank of America | Interest Rate 1.600 | 1270-000 | 23.99 | | 19,990.70 |
| 01/07/08 | 1 | SALVUCCI, BENEDETTO<br>32 SHEPARD ST<br>BRIGHTON MA 02135-3302 | | 1129-000 | 250.00 | | 20,240.70 |
| 01/31/08 | INT | Bank of America | Interest Rate 0.960 | 1270-000 | 26.98 | | 20,267.68 |
| 02/29/08 | INT | Bank of America | Interest Rate 0.960 | 1270-000 | 15.42 | | 20,283.10 |
| 03/31/08 | 1 | SALVUCCI, BENEDETTO<br>32 SHEPARD ST<br>BRIGHTON MA 02135-3302 | | 1129-000 | 250.00 | | 20,533.10 |
| 03/31/08 | INT | Bank of America | Interest Rate 0.720 | 1270-000 | 14.63 | | 20,547.73 |
| 04/30/08 | INT | Bank of America | Interest Rate 0.720 | 1270-000 | 12.11 | | 20,559.84 |
| 05/28/08 | 1 | SALVUCCI, BENEDETTO<br>32 SHEPARD ST<br>BRIGHTON MA 02135-3302 | PAYMENT PLAN $250 MAY 2008 | 1129-000 | 250.00 | | 20,809.84 |
| 05/30/08 | INT | Bank of America | Interest Rate 0.700 | 1270-000 | 11.55 | | 20,821.39 |
| 06/30/08 | INT | Bank of America | Interest Rate 0.700 | 1270-000 | 11.94 | | 20,833.33 |
| 07/08/08 | 1 | SALVUCCI, BENEDETTO<br>32 SHEPARD ST<br>BRIGHTON MA 02135-3302 | | 1129-000 | 250.00 | | 21,083.33 |
| 07/31/08 | INT | Bank of America | Interest Rate 0.700 | 1270-000 | 12.45 | | 21,095.78 |
| 08/13/08 | 002001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | | 2300-000 | | 17.76 | 21,078.02 |
| | | | Page Subtotals | | 21,095.78 | 17.76 | |

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-21229
Case Name: BENEDETTO SALVUCCI
            NORMA MARIE SALVUCCI
Taxpayer ID No: XX-XXX2438
For Period Ending: 09/15/10

Trustee Name: STEWART F. GROSSMAN - MA
Bank Name: Bank of America
Account Number/CD#: XXXXXX6533 - Money Market Account
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/29/08 | INT | Bank of America | Interest Rate 0.700 | 1270-000 | 12.50 | | 21,090.52 |
| 09/30/08 | INT | Bank of America | Interest Rate 0.700 | 1270-000 | 12.11 | | 21,102.63 |
| 10/31/08 | INT | Bank of America | Interest Rate 0.530 | 1270-000 | 10.16 | | 21,112.79 |
| 11/11/08 | | SALVUCCI, BENEDETTO<br>32 SHEPARD ST<br>BRIGHTON MA 02135-3302 | | 1129-000 | 600.00 | | 21,712.79 |
| 11/11/08 | 1 | SALVUCCI, BENEDETTO<br>32 SHEPARD ST<br>BRIGHTON MA 02135-3302 | re entry of void deposit see same day 11/11/08 | 1129-000 | 250.00 | | 21,962.79 |
| 11/11/08 | | SALVUCCI, BENEDETTO<br>32 SHEPARD ST<br>BRIGHTON MA 02135-3302 | error on linking $250 deposit to payment plan which listed $600 incorrectly | 1129-000 | -600.00 | | 21,362.79 |
| 11/28/08 | INT | Bank of America | Interest Rate 0.350 | 1270-000 | 6.29 | | 21,369.08 |
| 12/31/08 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 3.56 | | 21,372.64 |
| 01/30/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,372.82 |
| 02/27/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.16 | | 21,372.98 |
| 03/31/09 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.19 | | 21,373.17 |
| 04/29/09 | 1 | SALVUCCI, BENEDETTO<br>32 SHEPARD ST<br>BRIGHTON MA 02135-3302 | | 1129-000 | 250.00 | | 21,623.17 |
| 04/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.47 | | 21,623.64 |
| 05/29/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,624.18 |
| 06/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,624.72 |
| 07/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.55 | | 21,625.27 |
| 08/11/09 | 002002 | INTERNATIONAL SURETIES , LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Bond 2009 thru 2010 Bond number 016027600 | 2300-000 | | 22.47 | 21,602.80 |
| | | | Page Subtotals | | 547.25 | 22.47 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7
Exhibit 9

Case No: 05-21229
Case Name: BENEDETTO SALVUCCI
NORMA MARIE SALVUCCI
Taxpayer ID No: XX-XXX2438
For Period Ending: 09/15/10

Trustee Name: STEWART F. GROSSMAN - MA
Bank Name: Bank of America
Account Number/CD#: XXXXXX6533 - Money Market Account
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/09 | INT | Bank of America | Interest Rate 0.060 | 1270-000 | 0.76 | | 21,603.56 |
| 09/30/09 | INT | Bank of America | Interest Rate 0.060 | 1270-000 | 1.07 | | 21,604.63 |
| 10/30/09 | INT | Bank of America | Interest Rate 0.060 | 1270-000 | 1.10 | | 21,605.73 |
| 11/30/09 | INT | Bank of America | Interest Rate 0.060 | 1270-000 | 1.07 | | 21,606.80 |
| 12/24/09 | | SALVUCCI, BENEDETTO 32 SHEPARD ST BRIGHTON MA 02135-3302 | | 1129-000 | 600.00 | | 22,206.80 |
| 12/24/09 | 1 | SALVUCCI, BENEDETTO 32 SHEPARD ST BRIGHTON MA 02135-3302 | | 1129-000 | 250.00 | | 22,456.80 |
| 12/24/09 | | SALVUCCI, BENEDETTO 32 SHEPARD ST BRIGHTON MA 02135-3302 | put in wrong amount , should be 250.00 | 1129-000 | -600.00 | | 21,856.80 |
| 12/31/09 | INT | Bank of America | Interest Rate 0.060 | 1270-000 | 1.10 | | 21,857.90 |
| 01/29/10 | INT | Bank of America | Interest Rate 0.060 | 1270-000 | 1.11 | | 21,859.01 |
| 02/03/10 | 1 | SALVUCCI, BENEDETTO 32 SHEPARD ST BRIGHTON MA 02135-3302 | | 1129-000 | 500.00 | | 22,359.01 |
| 02/10/10 | INT | Bank of America | Interest | 1270-000 | 0.33 | | 22,359.34 |
| 02/10/10 | | Transfer to Acct#XXXXXX9005 | Transfer of Funds for TFR | 9999-000 | | 22,359.34 | 0.00 |

|  | | | |
|---|---:|---:|---:|
| COLUMN TOTALS | 22,399.57 | 22,399.57 | 0.00 |
| Less: Bank Transfers/CD's | 19,933.11 | 22,359.34 | |
| Subtotal | 2,466.46 | 40.23 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 2,466.46 | 40.23 | |

| | | |
|---|---:|---:|
| Page Subtotals | 756.54 | 22,359.34 |

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-21229  
Case Name: BENEDETTO SALVUCCI  
    NORMA MARIE SALVUCCI  
Taxpayer ID No: XX-XXX2438  
For Period Ending: 09/15/10  

Trustee Name: STEWART F. GROSSMAN - MA  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX9005 - Checking Account  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 02/10/10 | | Transfer from Acct#XXXXXX6533 | Transfer of Funds for TFR | 9999-000 | 22,359.34 | | 22,359.34 |
| 07/13/10 | 003001 | STEVEN A. GABOVITCH, C.P.A.<br>3 DEERFIELD CORPORATE CENTER<br>378 PAGE STREET<br>STOUGHTON, MA 02072 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 630.00 | 21,729.34 |
| 07/13/10 | 003002 | LOONEY & GROSSMAN LLP<br>101 ARCH ST<br>BOSTON, MA 02110 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3110-000 | | 3,500.00 | 18,229.34 |
| 07/13/10 | 003003 | LOONEY & GROSSMAN LLP<br>101 ARCH ST<br>BOSTON, MA 02110 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3120-000 | | 107.79 | 18,121.55 |
| 07/13/10 | 003004 | STEWART F. GROSSMAN - MA<br>101 ARCH STREET<br>BOSTON MA 02110 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 1,500.00 | 16,621.55 |
| 07/13/10 | 003005 | CITIBANK ( USA ) N.A.<br>POB 182149<br>Columbus, OH 43218 | (Final distribution to Claim 6, representing a Payment of 18.27% per court order.) | 7100-000 | | 2,305.59 | 14,315.96 |
| 07/13/10 | 003006 | CITIBANK/ CHOICE<br>EXCEPTION PAYMENT PROCESSING<br>P.O. BOX 6305<br>THE LAKES, NV 88901-6305 | (Final distribution to Claim 7, representing a Payment of 18.27% per court order.) | 7100-000 | | 4,686.69 | 9,629.27 |
| 07/13/10 | 003007 | CITIBANK/ CHOICE<br>EXCEPTION PAYMENT PROCESSING<br>P.O. BOX 6305<br>THE LAKES, NV 88901-6305 | (Final distribution to Claim 8, representing a Payment of 18.27% per court order.) | 7100-000 | | 1,480.63 | 8,148.64 |
| | | | Page Subtotals | | 22,359.34 | 14,210.70 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9
Exhibit 9

Case No: 05-21229
Case Name: BENEDETTO SALVUCCI
NORMA MARIE SALVUCCI
Taxpayer ID No: XX-XXX2438
For Period Ending: 09/15/10

Trustee Name: STEWART F. GROSSMAN - MA
Bank Name: Bank of America
Account Number/CD#: XXXXXX9005 - Checking Account
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/10 | 003008 | DISCOVER BANK<br>c/o Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | (Final distribution to Claim 10, representing a Payment of 18.27% per court order.) | 7100-000 | | 1,368.52 | 6,780.12 |
| 07/13/10 | 003009 | CHASE BANK USA, N.A.<br>P.O. BOX 15145<br>WILMINGTON, DE 19850-5145 | (Final distribution to Claim 1, representing a Payment of 18.27% per court order.) | 7100-000 | | 370.66 | 6,409.46 |
| 07/13/10 | 003010 | CHASE BANK USA, N.A.<br>P.O. BOX 15145<br>WILMINGTON, DE 19850-5145 | (Final distribution to Claim 2, representing a Payment of 18.27% per court order.) | 7100-000 | | 3,255.35 | 3,154.11 |
| 07/13/10 | 003011 | CHASE BANK USA, N.A.<br>P.O. BOX 15145<br>WILMINGTON, DE 19850-5145 | (Final distribution to Claim 3, representing a Payment of 18.27% per court order.) | 7100-000 | | 1,314.15 | 1,839.96 |
| 07/13/10 | 003012 | CHASE BANK USA, N.A.<br>P.O. BOX 15145<br>WILMINGTON, DE 19850-5145 | (Final distribution to Claim 4, representing a Payment of 18.27% per court order.) | 7100-000 | | 1,311.61 | 528.35 |
| 07/13/10 | 003013 | B-LINE, LLC / TARGET NATIONAL BANK<br>(fka Retailers National Bank) Mail Stop<br>550,2101 4th Avenue, Suite 1030<br>Seattle, WA 98121 | (Final distribution to Claim 5, representing a Payment of 18.27% per court order.) | 7100-000 | | 528.35 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 22,359.34 | 22,359.34 | 0.00 |
| Less: Bank Transfers/CD's | 22,359.34 | 0.00 | |
| Subtotal | 0.00 | 22,359.34 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 22,359.34 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | | | |
| Money Market Account - XXXXXX7265 | 19,963.81 | 30.70 | 0.00 |
| Page Subtotals | 0.00 | 8,148.64 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10
Exhibit 9

Case No: 05-21229
Case Name: BENEDETTO SALVUCCI
 NORMA MARIE SALVUCCI
Taxpayer ID No: XX-XXX2438
For Period Ending: 09/15/10

Trustee Name: STEWART F. GROSSMAN - MA
Bank Name: Bank of America
Account Number/CD#: XXXXXX9005 - Checking Account
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Money Market Account - XXXXXX6533 | | | 2,466.46 | 40.23 | 0.00 |
| | | Checking Account - XXXXXX9005 | | | 0.00 | 22,359.34 | 0.00 |
| | | Total Allocation Receipts: 0.00 | | | 22,430.27 | 22,430.27 | 0.00 |
| | | Total Net Deposits: 22,430.27 | | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |
| | | Total Gross Receipts: 22,430.27 | | | | | |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009) *(Page: 18)*